January 7, 1983.

455 A.2d 187

Commonwealth v. Albaugh, Appellant.

Submitted May 20, 1982. John Edward Blahovec, for appellant; Albert Nichols, District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Order affirmed.